UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALANIZ,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. 17-03569 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated: October 4, 2018

BETH LABSON FREEMAN
United States District Judge

Case No. 17-03569 BLF (PR)
JUDGMENT